# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **JUDGMENT**<br>**on a Motion pursuant to** |
| Plaintiff, | **28 U.S.C. § 2255** |
| v. | Case No.:07-cv-0664-bbc<br>05-cr-0048-bbc |
| **JACQUELYN R. MARTINSON,** | |
| Defendant. | |

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

Defendant's motion for post-conviction relief pursuant to 28 U.S.C. § 2255 is DENIED.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel

**by Deputy Clerk**

11/30/07

_____
Date